Mukesh SINGH, Petitioner–Appellant,

v.

Eric H. HOLDER, Jr., Attorney General, Attorney General of the United States; et al., Respondents–Appellees.

No. 03–72088.

United States Court of Appeals, Ninth Circuit.

March 3, 2011.

Teresa Salazar, Esquire, Immigration Practice Group a Professional Corporation, San Francisco, CA, Hilary Han, Dobrin & Han, PC, Seattle, WA, for Petitioner–Appellant.

Mukesh Singh, pro se.

Kurt B. Larson, Esquire, Oil, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Esquire, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, for Respondents–Appellees.

D.C. No. 2:09–cv–00397–JLR.

Before: B. FLETCHER, PAEZ, and IKUTA, Circuit Judges.

ORDER

The court's Order, filed on December 21, 2006, denying Petitioner's Renewed Motion to Reinstate is VACATED. Petitioner's Motion to Reinstate Petition for Review, filed on January 12, 2009 is

GRANTED. The Clerk's Office shall set a renewed briefing schedule.

Petitioner's Motion to Reinstate, filed on November 30, 2006, is DENIED as moot.